CHRIS T. NGUYEN (SBN 259922)
OMRI A. BEN-ARI (SBN 291517)
**BEN-ARI & NGUYEN, LLP**
2372 Morse Avenue, Suite, 282
Irvine, CA 92614
Tel. No.: (714) 594-7555
Fax No.: (714) 880-3251
litigation@banllp.com

Attorneys for Plaintiff John Ostrowskyj

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OSTROWSKYJ,<br><br>Plaintiff,<br><br>v.<br><br>TECHNIP STONE & WEBSTER PROCESS TECHNOLOGY, INC.; AND DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 2:17-CV-01342 BRO<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER ON STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[No Hearing Required] |

This Stipulation to Dismiss Plaintiff's Complaint with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation") is entered into by and between *plaintiff* John Ostrowskyj ("Plaintiff") and *defendant* Technip Stone & Webster Process Technology, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective attorneys of record.

## I.

## <u>RECITALS</u>

1. On a November 14, 2016, Plaintiff commenced this action (the "Action) by filing his initial complaint against Defendant in the Los Angeles County Superior Court.

2. On or about February 27, 2017, Defendant caused this action to be removed to the U.S. District Court, Central District of California.

3. Subsequent to the removal, the Parties were able to resolve all issues raised therein and therefore desire to dismiss the Action with prejudice.

## II.

## TERMS

The Parties stipulate as follows, subject to the Court's Approval:

1. Plaintiff hereby voluntarily dismisses the Complaint against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. The Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this Action; and

3. The Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

Dated: August 17, 2017

BEN-ARI & NGUYEN LLP

By: _____
OMRI A. BEN-ARI
CHRIS T. NGUYEN
Attorneys for Plaintiff John Ostrowskyj

Dated: August 17, 2017

FREEMAN, FREEMAN & SMILEY, LLP

By: _____
TERESA R. TRACY
AMARIS P. MAO
Attorneys for Defendant Technip Stone & Webster Process Technology, Inc.

IT IS SO ORDERED.
DATED: August 21, 2017
_____
UNITED STATES DISTRICT JUDGE

-2-